No. 155. DENICKE ET AL. *v.* ANGLO CALIFORNIA NATIONAL BANK ET AL.;

No. 196. DENICKE *v.* BRIGHAM ET AL.; and

No. 197. DOBLE *v.* BUCK ET AL. October 9, 1944. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Aaron M. Sargent* for petitioners. *Messrs. Allen L. Chickering, Walter C. Fox, Jr.,* and *Vincent I. Compagno* for Anglo California National Bank, and *Messrs. Maurice E. Harrison* and *Theo. J. Roche* for Fleishhacker et al., respondents in No. 155. *Messrs. Theo. J. Roche, Hiram W. Johnson, Theodore H. Roche,* and *James Farraher* for Fleishhacker et al., and *Mr. Robert M. Searls* for Humphrey, respondents in Nos. 196 and 197.

No. 170. CLARK ET AL. *v.* IOWA. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Iowa denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350. *Mr. Gordon A. Nicholson* for petitioners.

No. 201. UNITED GAS IMPROVEMENT CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. John H. Minds* and *William R. Spofford* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch, L. W. Post,* and *Walter J. Cummings, Jr.* for respondent.